# EXHIBIT A

| | |
|---|---|
| Attorney(s) JEHL & FABIAN <br> Office Address P. O. Box 1087 <br> 100 Grove Street <br> Town, State, Zip Code Haddonfield, NJ 08033 <br> Telephone Number (856) 795-2500 <br> Attorney(s) for Plaintiff Joseph F. Fabian <br><br> ALEXANDER I, INC. <br><br> Plaintiff(s) <br><br> Vs. <br> STATE NATIONAL INSURANCE COMPANY <br><br> Defendant(s) | **Superior Court of New Jersey** <br><br> Camden COUNTY <br> LAW DIVISION DIVISION <br><br> Docket No: L-655-10 <br><br> **CIVIL ACTION SUMMONS** |

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: 2/8/10

/s/
Jennifer M. Perez,
Acting Clerk of the Superior Court

Name of Defendant to Be Served: State National Ins. Co.

Address of Defendant to Be Served: 1900 L Don Dodson Dr.
Bedford, Texas 76021

NOTE: The Case Information Statement is available at www.njcourtsonline.com,
Revised 7/1/2008, CN 10792

## DIRECTORY OF SUPERIOR COURT DEPUTY CLERK'S OFFICES
## COUNTY LAWYER REFERRAL AND LEGAL SERVICES OFFICES

ATLANTIC COUNTY:
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

BERGEN COUNTY:
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

BURLINGTON COUNTY:
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(800) 496-4570

CAMDEN COUNTY:
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice
1st Fl., Suite 150
101 South 5th Street
Camden, NJ 08103

LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

CAPE MAY COUNTY:
Deputy Clerk of the Superior Court
9 N. Main Street
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

CUMBERLAND COUNTY:
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Sts.
P.O. Box 10
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

ESSEX COUNTY:
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102

LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

Directory of Superior Court Deputy Clerk's Offices
County Lawyer Referral and Legal Services Offices

| | |
|---|---|
| **GLOUCESTER COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Case Management Office<br>Attn: Intake<br>First Fl., Court House<br>1 North Broad Street, P.O. Box 750<br>Woodbury, NJ 08096 | LAWYER REFERRAL<br>(856) 848-4589<br>LEGAL SERVICES<br>(856) 848-5360 |
| **HUDSON COUNTY:**<br>Deputy Clerk of the Superior Court<br>Superior Court, Civil Records Dept.<br>Brennan Court House—1st Floor<br>583 Newark Ave.<br>Jersey City, NJ 07306 | LAWYER REFERRAL<br>(201) 798-2727<br>LEGAL SERVICES<br>(201) 792-6363 |
| **HUNTERDON COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division<br>65 Park Avenue<br>Flemington, NJ 08822 | LAWYER REFERRAL<br>(908) 735-2611<br>LEGAL SERVICES<br>(908) 782-7979 |
| **MERCER COUNTY:**<br>Deputy Clerk of the Superior Court<br>Local Filing Office, Courthouse<br>175 S. Broad Street, P.O. Box 8068<br>Trenton, NJ 08650 | LAWYER REFERRAL<br>(609) 585-6200<br>LEGAL SERVICES<br>(609) 695-6249 |
| **MIDDLESEX COUNTY:**<br>Deputy Clerk of the Superior Court,<br>Middlesex Vicinage<br>2nd Floor - Tower<br>56 Paterson Street, P.O. Box 2633<br>New Brunswick, NJ 08903-2633 | LAWYER REFERRAL<br>(732) 828-0053<br>LEGAL SERVICES<br>(732) 249-7600 |
| **MONMOUTH COUNTY:**<br>Deputy Clerk of the Superior Court<br>Court House<br>71 Monument Park<br>P.O. Box 1269<br>Freehold, NJ 07728-1269 | LAWYER REFERRAL<br>(732) 431-5544<br>LEGAL SERVICES<br>(732) 866-0020 |
| **MORRIS COUNTY:**<br>Morris County Courthouse<br>Civil Division<br>Washington and Court Streets<br>P. O. Box 910<br>Morristown, NJ 07963-0910 | LAWYER REFERRAL<br>(973) 267-5882<br>LEGAL SERVICES<br>(973) 285-6911 |
| **OCEAN COUNTY:**<br>Deputy Clerk of the Superior Court<br>Court House, Room 119<br>118 Washington Street<br>Toms River, NJ 08754 | LAWYER REFERRAL<br>(732) 240-3666<br>LEGAL SERVICES<br>(732) 341-2727 |

Directory of Superior Court Deputy Clerk's Offices
County Lawyer Referral and Legal Services Offices

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Market Street
P.O. Box 29
Salem, NJ 08079

LAWYER REFERRAL
(856) 678-8363
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
P.O. Box 3000
40 North Bridge Street
Somerville, N.J. 08876

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073

LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(908) 475-2010

JEHL & FABIAN
Grove Professional Center
100 Grove Street, P.O. Box 1087
Haddonfield, NJ 08033
(856) 795-2500
Attorneys for Plaintiff

FEB - 4 2010

| | |
|---|---|
| Plaintiff, | SUPERIOR COURT OF NEW JERSEY |
| ALEXANDER I, INC. | LAW DIVISION - CAMDEN COUNTY |
| vs. | DOCKET NO. L-655-10 |
| Defendant, | CIVIL ACTION |
| STATE NATIONAL INSURANCE COMPANY | COMPLAINT AND DEMAND FOR JURY TRIAL |

The plaintiff Alexander I, Inc., having its principal place of business at 5607 Edward Avenue, Township of Pennsauken, County of Camden, State of New Jersey by way of complaint against the defendant says:

1. On or about December 14, 2008, the defendant State National Insurance Company having its headquarters at 1900 L Don Dodson Drive, Bedford, Texas issued a policy of insurance, policy # TUV 220458-01 insuring the plaintiff's ship named Alexander II owned by the plaintiff for up to $400,000 dollars for a period from December 14, 2008 to December 14, 2009 for a charge of a premium which said premium was duly paid by the plaintiff to the defendant together all risks of physical loss or damage to the ship and other equipment

mentioned herein were agreed to.

2. On or about August 03, 2009, the Alexander II while off the coast of Cape May, New Jersey suffered a leak and was nearly sunk by reason thereof, of which the defendant had due and seasonable notice.

3. As a result of the leak despite proper care of the seaworthy vessel, the ship suffered extensive property damage and lost valuable fishing gear. The defendant was bound to pay the sum of $400,000 to the plaintiff within ten days hereafter. But defendant has declined and refused to do so.

4. The plaintiff has complied with all terms and conditions of the policy of insurance. And in addition to the loss of the ship, plaintiff has been put to great expense for the loss of use hereof and in connection therewith by reason of the defendant's failure and refusal to pay under the terms of their insurance policy.

5. The damages include towing, salvage, loss of gear, loss of use of the ship, loss of profits, storage charges, water damage and fishing gear.

6. All conditions precedent have been performed or have occurred.

WHEREFORE the plaintiff demands judgment against the defendant in the amount of $400,000, pre and post judgment interest, counsel fees and costs.

JEHL & FABIAN

*Joseph F. Fabian*
JOSEPH F. FABIAN
Attorney for Plaintiff

PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY AS TO ALL THE ISSUES.

JEHL & FABIAN

/s/ Joseph F. Fabian
JOSEPH F. FABIAN
Attorney for Plaintiff

NOTICE OF DESIGNATION OF TRIAL COUNSEL

Pursuant to the provisions of Rule 4:25-4, notice is hereby given that counsel designated to try the above matter is Joseph F. Fabian, Esquire.

JEHL & FABIAN

/s/ Joseph F. Fabian
JOSEPH F. FABIAN
Attorney for Plaintiff

CERTIFICATION

Pursuant to Rule 4:5-1, this is to certify that to the best of my knowledge, the within matter is not the subject of any action pending in any Court or Arbitration proceeding and none is contemplated.

JEHL & FABIAN

/s/ Joseph F. Fabian
JOSEPH F. FABIAN
Attorney for Plaintiff

Dated: 02/02/10

Appendix XII-B1

# CIVIL CASE INFORMATION STATEMENT (CIS)

Use for initial Law Division Civil Part pleadings (not motions) under Rule 4:5-1
Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed or if attorney's signature is not affixed.

**FOR USE BY CLERK'S OFFICE ONLY**
PAYMENT TYPE: ☐CK ☐CG ☐CA
CHG/CK NO.
AMOUNT:
OVERPAYMENT:
BATCH NUMBER:

| ATTORNEY/PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| JOSEPH F. FABIAN | (856) 795-2500 | Camden |

| FIRM NAME (if applicable) | DOCKET NUMBER (When available) |
|---|---|
| JEHL & FABIAN | L-655-10 |

| OFFICE ADDRESS | | DOCUMENT TYPE |
|---|---|---|
| P.O. BOX 1087 HADDONFIELD, NJ 08033 | FEB -4 2010 | COMPLAINT |
| | | JURY DEMAND ☒ YES ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| ALEXANDER 1, INC. | ALEXANDER 1, INC. v. STATE NATIONAL INSURANCE COMPANY |

| CASE TYPE NUMBER (See reverse side for listing) | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ☒ NO |
|---|---|
| 505 | IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING? ☐ YES ☒ NO | IF YES, LIST DOCKET NUMBERS |
|---|---|

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ YES ☒ NO | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY, IF KNOWN STATE NATIONAL INSURANCE ☐ NONE ☐ UNKNOWN |
|---|---|

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ YES ☒ NO | IF YES, IS THAT RELATIONSHIP | ☐ EMPLOYER-EMPLOYEE ☐ FAMILIAL | ☐ FRIEND/NEIGHBOR ☐ BUSINESS | ☐ OTHER (explain) |
|---|---|---|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ☒ NO |
|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION:

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ☒ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION: |
|---|---|

| WILL AN INTERPRETER BE NEEDED? ☐ YES ☒ NO | IF YES, FOR WHAT LANGUAGE: |
|---|---|

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

ATTORNEY SIGNATURE: *Joseph F. Fabian*

Revised Effective 9/2009, CN 10517

CAMDEN COUNTY
SUPERIOR COURT
HALL OF JUSTICE
CAMDEN          NJ 08103

COURT TELEPHONE NO. (856) 379-2200
COURT HOURS

TRACK ASSIGNMENT NOTICE

DATE: FEBRUARY 05, 2010
RE: ALEXANDER T INC VS STATE NATIONAL INSURANCE COMPAN
DOCKET: CAM L -000655 10

THE ABOVE CASE HAS BEEN ASSIGNED TO: TRACK 1.

DISCOVERY IS: 150 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS: HON ROBERT G. MILLENKY

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM 202
AT: (856) 379-2200 EXT 3060.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH R. 4:5A-2.

ATTENTION:
          ATT: JOSEPH F. FABIAN
          JEHL & FABIAN
          100 GROVE ST
          PO BOX 1087
          HADDONFIELD                NJ 08033

JUAXT5